# CRIMINAL COMPLAINT VICTIM

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Hieu Trung Mai (DOB: xx/xx/1968)<br>(United States Citizen)<br><br>Melissa Jo Henry (DOB: xx/xx/1976)<br>(United States Citizen) | **DOCKET NO.**<br><br><br>**MAGISTRATE'S CASE NO.**<br>25-02482 MJ |
| Complaint for Violation of Title 18, United States Code § 371 and §641<br>(Conspiracy to Commit Theft of Public Funds) (Felony) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count One: From a time unknown but at least from on or between February, 2025 and July 31, 2025 at or near Tucson, in the District of Arizona, and elsewhere, defendants Hieu Trung Mai (MAI) and Melissa Jo Henry (HENRY) did knowingly and willfully combine and conspire and agree together and with each other, to commit an offense against the United States, that is to knowingly receive and retain property greater than $1,000 in value belonging to the United States, to wit: U.S. postage stamps, knowing the property had been stolen, purloined, and unlawfully converted, with the intent to convert it to their own use or gain and to deprive the owner of its use or benefit, and the defendants did commit the below described overt acts in furtherance of the conspiracy all in violation of Title 18, United States Code, Section 641 and Section 371.

**CONTINUED BELOW ON PAGES 2 THROUGH 4.**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Jonathan B. Granoff<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Dan Grossenbach, U.S. Postal Inspector |
|---|---|
| Sworn to before me and subscribed telephonically. ||
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>July 31, 2025 |

[1)] See Federal Rules of Criminal Procedure Rules 3 and 54

1

**CRIMINAL COMPLAINT – VICTIM**
**CONTINUED**

United States of America
    vs.
Hieu Trung Mai
Melissa Jo Henry   Page 2

On February 13, 2025 at around 9:48 a.m., a fraudulent Bank of America check number 7762 was presented payable to "U S Post Office" at the Mission Station Post Office in Tucson, Arizona for the purchase of $730 in first class postage stamps. The addresses printed on the check for the payor and maker bank are both addresses that do not exist. Video surveillance of the incident captured an image of MAI at the counter and the vehicle he departed in - a white Toyota Camry with a California license plate. The vehicle is registered to MAI. I have compared the video surveillance of this incident to a known photo of MAI, and I believe it to be the same person. MAI left the post office with the stamps he purchased with the fraudulent bank check. During this transaction, the postal clerk wrote on the check a California Driver License number that was provided during the transaction. The driver's license documented by the postal employee does not match the actual driver's license number of MAI.

On February 13th, 2025, at around 11:14 a.m., a fraudulent Bank of America check number 6665 payable to "U S Post Office" was presented at the Fort Lowell Station Post Office in Tucson, Arizona for the purchase of $730 in first class postage stamps. The addresses printed on the check for the payor and maker bank are both addresses that do not exist. The clerk wrote on the check the California driver's license presented by the suspect. This driver's license number matches the actual California license belonging to HENRY. A postal employee witness in that incident reported the suspect as having "black hair, roughly 5' light complected with a slim build." This description is also consistent with suspect HENRY.

On February 13th, 2025 at around 12:31 p.m., a suspect at the U.S. Postal Service Desert Foothills Station in Tucson, AZ presented a fraudulent check to a postal clerk to attempt to purchase first class postage stamps. Postal employees at this location were previously alerted by an email message and believed this person to match the subject of that alert. When the suspect presented the check to purchase stamps, the postal employees refused business to this person. The suspect departed the scene in a white Toyota Camry with California license plate registered to MAI. Video surveillance at the scene shows the suspect who appears to be HENRY as the individual who attempted this transaction.

**CRIMINAL COMPLAINT – VICTIM**
**CONTINUED**

United States of America
    vs.
Hieu Trung Mai
Melissa Jo Henry   Page 3

Both fraudulent checks 7762 and 6665 contain the same payee information of "U S Post Office" and same payor with an address in Tucson, Arizona. They both contain the same check stock and the same Bank of America address in Tucson, AZ. Neither of the addresses printed on the checks correspond to valid addresses. However, the check routing number does belong to Bank of America.

On April 2, 2025, another fraudulent check payable to "U S Post Office" for $730 and Bank of America routing number but different account number and payee name was presented to the Post Office in Fort Collins, Colorado for the purchase of $730 in postage stamps. The female subject presented a California Driver's License that matches the actual license of HENRY. The signature on the signature line appears similar to the signature on the check presented at the Fort Lowell Station in Tucson, AZ on February 13th by suspect HENRY.

On July 30, 2025, a postal employee witness at the Wellington Post Office in Wellington, Colorado reported a female in a blonde wig, black vest, and a dress who attempted to buy postage stamps with a check.  This subject presented a California driver license number which matches the actual license number for HENRY and attempted to present a check for the purchase of postage stamps.

Also on July 30, 2025, a fraudulent check was presented at a Post Office in Fort Collins, Colorado where a witness captured a photo of Henry waiting at the retail counter wearing a blonde wig. A postal employee witness was shown the photo of Henry taken at the Post Office in Fort Collins earlier that day and believes it to be the same person.

Also on July 30, 2025, a fraudulent check was presented to Firestone Post Office in Firestone, Colorado for the purchase of first-class postage stamps.  A witness described the suspect as an older female with a blonde wig who left in a white Lexus with a California license plate.

**CONTINUED**

United States of America
    vs.
Hieu Trung Mai
Melissa Jo Henry   Page 4

Also on July 30th, another fraudulent check was presented to the U.S. post office to purchase stamps in nearby Dacono, Colorado. A postal employee witness described the female suspect as wearing a black and brown flower shirt, black glasses, and a blonde wig. Photos from the Dacono incident show the vehicle used by the suspect as a white Toyota Camry California license registered to MAI. This license plate matches the license plate of the vehicle registered to MAI used in the Tucson incidents in February.

On July 31st, Broomfield PO called 911 to report someone attempting to present a fraudulent check for $624 at the Broomfield, Colorado Post Office.  MAI and HENRY and another individual, who for the purposes of this affidavit, will be identified as Individual A were detained by law enforcement.

On this occasion, Individual A attempted to present a fraudulent check at the Broomfield U.S. Post Office. When detained, Individual A was also wearing a wig. During the transaction, postal employees became suspicious of Individual A, denied the transaction, and called the police. Upon leaving the post office, Individual A was interviewed by police. Individual A said she was sent inside with the fraudulent check by MAI who was in his white Toyota Camry in the parking lot. Individual A added that MAI had counterfeit check supplies and a printer in his vehicle. HENRY was also in the Camry sitting next to a blonde wig matching the one seen in the prior incident in Fort Collins described above.

Individual A indicated that MAI paid Individual A for cashing checks. Individual A was also wearing a wig when she attempted to cash the check at the Broomfield Post Office in Broomfield, CO on July 31, 2025.  According to Individual A, MAI also provided Individual A with a fake driver's license and checks to purchase postal stamps.