TIMOTHY COURCHAINE
United States Attorney
District of Arizona
Jonathan B. Granoff
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

**VICTIM**

FILED

2025 AUG 27 PM 12: 32

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR25-03686 TUC-RM(MAA)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States America,

　　　　　　　Plaintiff,

　　vs.

Hieu Trung Mai,
(Counts 1 - 3)

Melissa Jo Henry,
(Counts 1, 4)

　　　　　　　Defendants.

I N D I C T M E N T

Violations:

18 U.S.C. § 371 (Conspiracy to Commit an
Offense Against the United States: Theft of
Government Funds and Property of Value
Greater than $1,000)
Count 1

18 U.S.C. § 641 (Theft of Government
Funds and Property of Value)
Count 2 - 4

**GRAND JURY CHARGES:**

**Count 1**
**Conspiracy to Commit an Offense Against the United States**
**[Title 18 U.S.C. § 371]**

1. From a time unknown but continuing from at least  February, 2025 through July 31,
2025 in the District of Arizona and elsewhere, the defendants, Hieu Trung Mai
("MAI") and Melissa Jo Henry ("HENRY") knowingly and willfully conspired and
agreed together and with each other and with at least one other person, to commit an
offense against the United States, that is, to knowingly and willfully embezzle, steal,
purloin, and convert to the defendants' use or the use of another, property of value
belonging to the United States having a value of more than $1,000, with the intent to

1  deprive the owner of the use and benefit of the money and property, in violation of
2  Title 18, U.S.C. § 641.

3  2. In furtherance of the conspiracy and to effect the object of the conspiracy, the
4  following overt acts, among others, were committed in the District of Arizona and
5  elsewhere.

6  3. On or about February 13, 2025, around 9:48 A.M., MAI presented a fraudulent Bank
7  of America check 7762 payable to the United States Post Office at the Mission Post
8  Office in Tucson, Arizona. The check was a fake check purporting to be from Bank
9  of America. MAI presented the fraudulent check to obtain $730 in postage stamps
10  from the Post Office. MAI left the Post Office with the unlawfully obtained stamps.

11  4. On or about February 13, 2025, at around 11:14 a.m., HENRY presented a similar
12  fraudulent Bank of America check number ending in 6665 payable to the United
13  States Post Office at the Fort Lowell station in Tucson, Arizona. HENRY presented
14  this fake check to obtain $730 in postage stamps from the Post Office. HENRY left
15  the Post Office with the unlawfully obtained stamps. Checks 7762 and 6665 were
16  fake checks and not linked to any legitimate Bank of America account.

17  5. On or about February 13, 2025, at around 12:31 p.m., HENRY presented another
18  check at the United States Post Office at the Desert Foothills Station in Tucson,
19  Arizona. HENRY attempted to use this check to "purchase" additional stamps from
20  the Post Office. The postal employee refused to allow this check to be exchanged for
21  the stamps. HENRY left the scene in a white Toyota Camry with California plates.
22  This vehicle was registered to MAI.

23  6. On July 30, 2025, HENRY presented another fraudulent and fake check for $546 to
24  obtain stamps from the United States Post Office in Fort Collins, Colorado. For this
25  event, HENRY also arrived at and left the Post Office in the same Toyota Camry
26  registered to MAI.

27  7. On July 31, 2025, MAI, HENRY, and another individual who will be identified as
28  Individual A, attempted to "purchase" additional stamps for $624 with a fake and

fraudulent check at the Broomfield, Colorado, United States Post Office. Individual A attempted to obtain the stamps using a wig along with the fake check. Individual A presented the fraudulent check to obtain stamps from the U.S. Post Office. MAI and HENRY drove to this Post Office in the same Toyota Camry registered to MAI. MAI and HENRY were caught in the parking lot of the Post Office waiting for Individual A to make the fraudulent purchase.

8.  The defendants each became a member of the conspiracy to commit theft of government property of value knowing that the object of the conspiracy was to obtain government funds and property of value belonging to the United States through theft and to willfully and intentionally convert government property of value to the defendants' own use unlawfully and without authority. The defendants became a member of the conspiracy knowing of its object and intending to help accomplish the object of the conspiracy.

All in violation of Title 18, United States Code, Section 371.

### Count 2
### Theft of Public Funds
### [Title 18 U.S.C. § 641]

9.  On or about February 4, 2025 in the District of Arizona, at or near Tucson, the defendant, MAI, did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use or the use of another, property of value belonging to the United States, with the intent to deprive the owner of the use and benefit of such property to wit: MAI used a fake Bank of America check to unlawfully obtain $730 in U.S. Postage Stamps from the United States Post Office, Mission Station, in violation of Title 18, U.S.C. § 641.

### Count 3
### Theft of Public Funds
### [Title 18 U.S.C. § 641]

10. On or about February 13, 2025 in the District of Arizona, at or near Tucson, the defendant, MAI, did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use or the use of another, property of value belonging to the United

States, with the intent to deprive the owner of the use and benefit of the such property, to wit: MAI used a fake Bank of America check to unlawfully obtain $730 in U.S. Postage Stamps from the United States Post Office, Mission Station, in violation of Title 18, U.S.C. § 641.

### Count 4
### Theft of Public Funds
### [Title 18 U.S.C. § 641]

11. On or about February 13, 2025 in the District of Arizona, at or near Tucson, the defendant, HENRY, did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use or the use of another, property of value belonging to the United States, with the intent to deprive the owner of the use and benefit of the property to wit: HENRY used a fake Bank of America check to unlawfully obtain $730 in U.S. Postage Stamps from the United States Post Office, Fort Lowell Station, in violation of Title 18, U.S.C. § 641.

A TRUE BILL

*/s/*
FOREPERSON OF THE GRAND JURY
Dated: August 27, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

*/s/*
JONATHAN B. GRANOFF
Assistant U.S. Attorney